U.S. Bankruptcy Court - District of Kansas
Courtroom Minute Sheet
5/24/2017
Hon. Janice Miller Karlin, Presiding

01:30 PM

Case Information:
    16-41356 Corey Lee Grame and Dana Renee Grame   Chapter: 13

Judge: JMK    Filed: 11/29/2016    Pln Confirmed:

Appearances:
    √ Gary E. Hinck  representing  Corey Lee Grame  (Debtor)
    √ Gary E. Hinck  representing  Dana Renee Grame  (Joint Debtor)
    √ Jan Hamilton  (Trustee)

Issue(s):
    [1] Chapter 13 Voluntary Petition Individual . Receipt Number Install, Fee Amount $310 Filed by Corey Lee Grame, Dana Renee Grame Debtor Declaration Re: Electronic Filing due by 12/6/2016. Chapter 13 Plan due by 12/13/2016.

Notes/Decision:

**Court overrules objection to confirmation (Doc. 25), for failure to prosecute at this or prior hearings. Plan Confirmed.**

Courtroom Deputy: Joyce Ridgeway
ECRO Reporter: Dana Colombo