Gary E. Hinck, P.A.
512 SW 6th Ave
Suite 100
Topeka, KS  66603-3150
gh@kansasconsumer.com
(785) 267-7090

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF KANSAS

In Re:  Corey Lee Grame                                                   Case No.  16-41356-13
        and
        Dana Renee Grame

                    Debtor(s)

**MOTION FOR AN ORDER ALLOWING MODIFICATION
OF PLAN BY ABATING PAYMENTS AND MOTION FOR ADDITIONAL FEES**

COMES NOW the Debtor(s) herein and move(s) this Court for an order allowing a modification of the Chapter 13 Plan by abating all missed plan payments through June 30, 2018; by resuming payments on or before July 31, 2018; and by paying the sum of $375 through the plan to Gary E. Hinck, P.A., for the processing of this motion ($250) and for the cost of mailing notice ($125) to 125 creditors and collectors. Counsel for the Debtor(s) certifies he has already expended additional time in this case beyond the original fee request.

The modification of the plan is necessary because one of the Debtor(s), had a temporary decrease in income.  The Debtor(s) cannot make-up missed plan payments, pay current plan payments and pay reasonable living expenses without this modification.

Debtor(s) proposes to extend the length of the Chapter 13 plan and or increase plan payments as necessary in order that this Plan remain feasible.  Any missed mortgage payments will be added to the administrative claim to be paid with late fees and interest.

WHEREFORE  Debtor(s) respectfully request(s) this Court for an order abating all

In the United States Bankruptcy Court for the District of Kansas
In re: Corey Lee Grame and Dana Renee Grame
Case No. 16-41356     Chapter 13
Motion for an Order Allowing Modification of Plan by Abating Payments And Motion for Additional Fees
Page 2

missed payments through June 30, 2018, and allowing the payment of the fees requested through

the plan. The Trustee may submit an order of dismissal without further notice and hearing if

payments do not timely resume.

        GARY E. HINCK, P.A.

        By:s/ Gary E. Hinck
        Gary E. Hinck, #18270
        512 SW 6th Ave
        Suite 100
        Topeka, KS  66603-3150
        gh@kansasconsumer.com
        (785) 267-7090
        Attorney for Debtor(s)

**CERTIFICATE OF SERVICE**

      The undersigned, Gary E. Hinck, does hereby certify that he caused a true and accurate copy of the above and foregoing document to be electronically filed or deposited in the United States mail, postage prepaid, addressed to all parties listed on the attached matrix, on the 20th day of June, 2018.

        s/ Gary E. Hinck
        Gary E. Hinck, #18270
        gh@kansasconsumer.com